July 29, 2022

Judith C. McCarthy
U.S. District Court
Southern District of New York

**SO ORDERED:**
Application granted. The status conference scheduled for August 3, 2022 at 12:00 p.m. is canceled. In addition, since the parties have settled this matter in principle, the referral to the undersigned is closed.

_____ 8-2-22
JUDITH C. McCARTHY
United States Magistrate Judge

**Re: Delango v. HSBC USA Inc. et al 7:2022-cv-01471**
**Joint Letter Motion to Adjourn Status Conference, currently scheduled for August 3, 2022 at 12:00 PM**

Dear Judge McCarthy:

This firm represents Plaintiff in the above referenced action. Plaintiff writes jointly with all Defendants to respectfully request that Your Honor adjourn the Status Conference currently scheduled for August 3, 2022, at noon ("Conference"). The reason for this request is that Plaintiff has filed a notice of settlement in principle with each Defendant. As such, the parties respectfully submit that the Conference is unnecessary.

This is the second request for an adjournment of the Conference. This will not impact any other current deadlines in this case.

Thank you for your consideration.

Respectfully submitted,

/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ Courtney Steiber
Courtney Stieber
Adam Hill
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
cstieber@seyfarth.com
ahill@seyfarth.com
(212) 218-3382

/s/ Melanie K. Chan
Melanie K. Chan
JONES DAY
250 Vesey Street
New York, NY 10281-1047
212.326.3635
melaniechan@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

/s/ Samantha R. Millar
Samantha R. Millar
Ellen B. Silverman
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 471-6200
smillar@hinshawlaw.com
silverman@hinshawlaw.com
*Counsel for HSBC USA INC.*